

FILED
CLERK, U.S. DISTRICT COURT
SEP 28 2016
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. M 16-01964 |
|---|---|
| Plaintiff, | **ORDER OF DETENTION AFTER HEARING** |
| v. | [Fed.R.Crim.P. 32.1(A)(6); 18 U.S.C. § 3143(A)] |
| Candelaria Rodriguez Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Southern District of California  for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  ☒  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on  the government's

1 proffer, the pretrial services report and recommendation,
2 and the defendant's position that she was
3 submitting on the government's request for detention
4 and/~~or~~

5 B. ☒ The defendant has not met his/her burden of establishing by clear and
6 convincing evidence that he/she is not likely to pose a danger to the safety of
7 any other person or the community if released under 18 U.S.C. § 3142(b) or
8 (c). This finding is based on: The government's proffer, the
9 pretrial services report and recommendation, and the
10 defendant's position that she was submitting on
11 the goverment's request for detention.

13 IT THEREFORE IS ORDERED that the defendant be detained pending the
14 further revocation proceedings.

16 Dated: 9/28/2016

*[signature]*
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE

2